IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-689-D

| | | |
|---|---|---|
| ALFREDA WARREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WAKEMED, | ) | |
| | ) | |
| Defendant. | ) | |

On February 24, 2021, defendant moved for judgment on the pleadings [D.E. 13] and filed a memorandum in support [D.E. 14]. On March 10, 2021, plaintiff responded in opposition [D.E. 18]. On March 24, 2021, defendant replied [D.E. 20].

The court has reviewed defendant's motion under the governing standard. The court DENIES defendant's motion for judgment on the pleadings [D.E. 13]. Whether plaintiff's claim will survive a motion for summary judgment is an issue for another day. The court DENIES as moot defendant's motion to stay [D.E. 16].

SO ORDERED. This 10 day of May 2021.

JAMES C. DEVER III
United States District Judge